**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

**MOTION FOR PERMISSION TO TRAVEL**

Now comes the Defendant in the above-entitled matter and hereby moves this Honorable Court for permission to travel to Goddard Memorial State Park, 345 Ives Road, Warwick, Rhode Island for the purposes of a family summer outing.

1. Defendant is attending the family outing on Saturday, August 15, 2005, from 12:00 p.m. through 9:00 p.m.

2. The family outing is being held at Goddard Memorial State Park at table #148 registered in Defendant's sister's name, Kathleen Happin.

3. Defendant is not leaving the picnic area throughout the outing.

WHEREFORE, your Defendant respectfully prays that this Motion for Permission to Travel be granted.

Respectfully submitted,
Robert Nardolillo,
By his Attorney,

William J. Murphy /dmr

WILLIAM J. MURPHY (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

## CERTIFICATION

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion via first-class mail, postage prepaid to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 11th day of August, 2005.

Donna M. Rogers