**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

## MOTION TO CONTINUE CHANGE OF PLEA

Now comes the Defendant Robert Nardolillo through counsel and Motions this Honorable Court to continue the change of plea date currently scheduled on Friday, August 19, 2005.

As basis for this motion your defendant avers his counsel is scheduled to travel to the United States District Court for the Eastern District of Texas for a sentencing hearing in the matter of *PHAYKHAM PHRACHANHSIRI*, Cause No. 4:03CR 191 (Judge Brown) from Wednesday, August 17, 2005 through Friday, August 19,. 2005.

WHEREFORE, Defendant, Robert Nardolillo requests that the within Motion be granted.

Respectfully submitted,
Robert Nardolillo,
By his Attorney,

WILLIAM J. MURPHY (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned do hereby certify that I Hand Delivered ~~mailed via first-class mail~~, postage prepaid, a true and accurate copy of the within Motion to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 15th day of August, 2005.

Donna M. Rogers