UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-47-01S** **August 25, 2005**

**TITLE: USA V. ROBERT NARDOLILLO**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 3:22 P.M. - 4:25 P.M.**

---

**COUNSEL PRESENT:** **Government - James Leavey, AUSA**
**Defendant - William Murray, Esquire**
**Probation - Barry Weiner**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the facts and the elements of the case and what they could prove if this matter were to go to trial; Court continues the matter until Friday, August 26, 2005 at 11:30 a.m. Defendant to remain on bail status.**