**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-47S** **August 26, 2005**

**TITLE: USA V. ROBERT NARDOLILLO**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 11:24 a.m. - 11:45 a.m.**

---

**COUNSEL PRESENT:** **Government -James Leavey, AUSA**
**Defendant - William Murray, Esquire**

**RE: Continuation of Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Counts I through IV; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, December 2, 2005 at 10:00 a.m.; Defendant to remain on bail status.**