**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 05-47-01S**

**ROBERT NARDOLILLO**

**MOTION TO ATTEND 26TH WEDDING ANNIVERSARY**

Now comes the defendant in the above-entitled matter and hereby moves this Honorable Court for permission to attend the wedding anniversary of defendant and Mrs. Patricia Nardolillo on Sunday, September 4, 2005. The function will be held at the residence of Eleanor Nardolillo (aunt) and Mrs. Sandra Jones (sister). The residence is located at 177 Strawberry Field Road, Warwick, Rhode Island (Telephone number 401-737-0406). The time of the function and travel requested will be 12:00pm-8:00pm, Sunday, September 4, 2005. Defendant will not be leaving the residence at any time during the function. The law offices of Murphy & Fay, LLP have contacted both the United States Attorney James Leavey and US Probation Department Brian Pletcher. It should be noted that the defendant has previously complied with all Court Orders and all probationary requirements.

WHEREFORE, your defendant respectfully prays that this Motion to Attend 26th Wedding Anniversary function be granted.

Respectfully submitted.
Robert Nardollio,
By his Attorney,

William J. Murphy (#4258)
Murphy & Fay, LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3200
(401) 490-3207 FAX

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion via first-class mail, postage prepaid to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 and US Probation Office Attn: Brian Pletcher, John O Pastore Federal Building, 2 Exchange Terrace, 3rd Floor, Providence, Rhode Island 02903 on the 1 day of September, 2005.

Kendra Lima