**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA** :
:
**VS.** : **CR 05-47-01S**
:
**ROBERT NARDOLILLO** :

**MOTION FOR PERMISSION TO TRAVEL**

Now comes the Defendant in the above-entitled matter and hereby moves this Honorable Court for permission to travel to the Venus DeMilo, 75 Grand Army Highway, Route 6, Swansea, Massachusetts, (Tel: 1-508-678-3901) for the purposes of attending his son, Robert Nardolillo, Jr.'s wedding ceremony to Joyce Santiago.

Defendant requests permission to attend his son's wedding on Saturday, November 26, 2005, from 12:00 noon through 11:00 p.m.

WHEREFORE, your Defendant respectfully prays that this Motion for Permission to Travel be granted.

GRANTED
WESm
William E. Smith
U.S. District Judge
10/25/05

Respectfully submitted,
Robert Nardolillo,
By his Attorney,

William J. Murphy /dmr
WILLIAM J. MURPHY (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion via first-class mail, postage prepaid to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 13th day of October, 2005.

Donna M. Rogers