**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

## MOTION FOR PERMISSION TO TRAVEL

Now comes the Defendant in the above-entitled matter and hereby moves this Honorable Court for permission to travel to the Captain E. Euart Post #602, 55 Overland Avenue, Pawtucket, Rhode Island 02860 (Tel: 401-728-4440) for the purposes of attending his son, Robert Nardolillo, Jr.'s and future daughter-in-law Joyce Santiago's double shower.

Defendant requests permission to attend the double shower on Saturday, November 5, 2005, from 5:30 p.m. through 11:00 p.m.

WHEREFORE, your Defendant respectfully prays that this Motion for Permission to Travel be granted.

Respectfully submitted,
Robert Nardolillo,
By his Attorney,
William J. Murphy /dmr
WILLIAM J. MURPHY (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

## CERTIFICATION

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion via first-class mail, postage prepaid to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 1st day of November2005.

Donna M Rogers