**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

**MOTION FOR PERMISSION TO TRAVEL**

Now comes the Defendant in the above-entitled matter and hereby moves this Honorable Court for permission to travel to the Captain E. Euart Post #602, 55 Overland Avenue, Pawtucket, Rhode Island 02860 (Tel: 401-728-4440) for the purposes of attending his son, Robert Nardolillo, Jr.'s and future daughter-in-law Joyce Santiago's double shower.

Defendant requests permission to attend the double shower on Saturday, November 5, 2005, from 5:30 p.m. through 11:00 p.m.

WHEREFORE, your Defendant respectfully prays that this Motion for Permission to Travel be granted.

Respectfully submitted,
Robert Nardolillo,
By his Attorney,
William J. Murphy /dmr
WILLIAM J. MURPHY (#4258)
MURPHY & FAY, L.L.P.
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

DENIED
WEM
William E. Smith
U.S. District Judge
11/2/05

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion via first-class mail, postage prepaid to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 1st day of November 2005.

Donna M Pagano