IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-047S |
| | ) | |
| ROBERT NARDOLILLO | ) | |

**GOVERNMENT'S MOTION TO DISMISS COUNT**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and seeks leave of Court to dismiss Count V of the above-listed Indictment, since Defendant has been sentenced on Counts I through IV.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

SO ORDERED:

______________________________
WILLIAM E. SMITH
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: ______________________

CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of December, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Dismiss Count, to the following:

William Murphy, Esquire
127 Dorrance Street - Penthouse Suite
Providence, Rhode Island 02903