IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 05-047S |
| | ) | |
| ROBERT NARDOLILLO | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RETURN BAIL**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises this Court that it has no objection to Defendant Nardolillo's motion to return the Two Hundred Fifty Thousand ($250,000.00) Dollars cash bail posted on April 1, 2005, by Evelyn Mitchell, 70 Barrows Street, Providence, Rhode Island 02908.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of January, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion to Return Bail, to the following:

William Murphy, Esquire
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: William J. Murphy, Esq.

RE: ~~CA~~ CR05-47S

United States of America v. Robert Nardolillo

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 11 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

XX 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER: [signature]

United States Magistrate Judge

Date: 1/11/06

cc: Counsel of Record