IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 05-047S |
| | ) | |
| ROBERT NARDOLILLO | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RETURN BAIL**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises this Court that it has no objection to Defendant Nardolillo's motion to return the Two Hundred Fifty Thousand ($250,000.00) Dollars cash bail posted on April 1, 2005, by Evelyn Mitchell, 70 Barrows Street, Providence, Rhode Island 02908.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 11th day of January, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion to Return Bail, to the following:

William Murphy, Esquire
127 Dorrance Street - 2nd Floor
Providence, Rhode Island 02903