FILED

JAN 19 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR: 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

**MOTION TO RETURN BAIL**

Now comes the Defendant, Robert Nardolillo, in the above-entitled matter and moves this Honorable Court to return the Two Hundred Fifty Thousand ($250,000.00) Dollars cash bail posted on April 1, 2005, by Evelyn Mitchell, 70 Barrows Street, Providence, Rhode Island 02908.

Respectfully submitted,
Robert Nardolillo,
By His Attorney,

William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify mailed, via first-class mail, postage prepaid, a true and accurate copy of the within Motion to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 9th day of January, 2006.

Donna M. Rogers

GRANTED
William E. Smith
U.S. District Judge
1/20/06