**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR: 05-47-01S** |
| | : | |
| **ROBERT NARDOLILLO** | : | |

**AMENDED MOTION TO RETURN BAIL**
**CHANGE OF ADDRESS**

Now comes the Defendant, Robert Nardolillo, in the above-entitled matter and moves this Honorable Court to return the Two Hundred Fifty Thousand ($250,000.00) Dollars cash bail posted on April 1, 2005, by Evelyn Mitchell, 171 Falcon Street, Warwick Rhode Island 02888 formerly 70 Barrows Street, Providence, Rhode Island 02908.

Respectfully submitted,
Robert Nardolillo,
By His Attorney,

William J. Murphy /dmr

William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify mailed, via first-class mail, postage prepaid, a true and accurate copy of the within Motion to James Leavey, Esquire, Assistant United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 3rd day of February, 2006.

Donna M. Rogers

WSmith

William E. Smith
U.S. District Judge
2/8/06